IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                 Criminal No. 5:20CR16
                                     (Judge Bailey)

MATTHEW TRABERT,

      Defendant.

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

Pursuant to Local Rules of General Practice 83.02 and 83.03, comes the United States of America, by and through counsel, and respectfully moves for an Order permitting the withdrawal of Assistant United States Attorney Danae DeMasi-Lemon and the substitution of Assistant United States Attorney Morgan S. McKee as forfeiture counsel in this case. The designation of forfeiture counsel is in addition to, not replacement of the lead Assistant United States Attorney prosecuting this case.

For the Court's convenience, a proposed order allowing for the substitution and withdrawal is filed contemporaneously herewith.

Respectfully submitted,

William Ihlenfeld
United States Attorney

By:   /s/ Morgan S. McKee
       Morgan S. McKee
       Assistant United States Attorney
       WV Bar No. 12669

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2022, I have electronically filed the attached documents with the Clerk of the Court using the CM/ECF system, to be served upon counsel of record.

            William Ihlenfeld
            United States Attorney

By: /s/ Morgan S. McKee
    Morgan S. McKee
    WV Bar No. 12669
    Assistant United States Attorney
    United States Attorney's Office
    1125 Chapline Street, Suite 3000
    Wheeling, WV 26003
    Phone: (304) 234-0100
    morgan.mckee@usdoj.gov